IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBIN N NORMAN, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-455-CAR-TQL |
| | * |
| CO II CALANDIA THOMAS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 29, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 29th day of March, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk